## 28120. SANDFORD v. THE STATE.

GUERRY, J. The evidence connecting the defendant with the alleged theft was entirely circumstantial, and was insufficient to exclude every reasonable hypothesis save that of the guilt of the accused. The alleged admission of guilt does not appear in the approved brief of evidence. The court erred in overruling the motion for new trial.

*Judgment reversed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED APRIL 10, 1940.

*J. A. Mitchell,* for plaintiff in error.
*J. Cecil Davis, solicitor-general,* contra.